**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2144**

IN RE: GREGORY B. MYERS.

_____

GREGORY B. MYERS,

                Plaintiff - Appellant,

BARBARA ANN KELLY,

                Appellant,

       v.

OFFIT KURMAN, P.A.,

                Defendant - Appellee,

ROGER SCHLOSSBERG,

                Trustee - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge. (8:17-cv-03846-PX; 8:17-cv-03847-PX; 8:18-cv-00336-PX)

Submitted: June 28, 2019                          Decided: July 11, 2019

Before FLOYD and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Roger C. Simmons, GORDON & SIMMONS, LLC, Frederick, Maryland, for Appellants. Frank J. Mastro, Roger Schlossberg, SCHLOSSBERG, MASTRO & SCANLAN, Hagerstown, Maryland; Gregory P. Johnson, OFFIT KURMAN, P.A. Fulton, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory B. Myers and Barbara Ann Kelly appeal from the district court's orders dismissing as moot their appeals from the bankruptcy court's orders granting the Chapter 7 trustee's motion for approval of a settlement and compromise agreement and denying their motion for stay pending appeal. Applying the factors set forth in *Mac Panel Co. v. Virginia Panel Corp*., 283 F.3d 622, 625 (4th Cir. 2002), we find that the appeals are equitably moot given that the agreement has been fully consummated, the funds have been distributed accordingly, and the Appellants were not parties to that agreement. *See In re U.S. Airways Group, Inc*., 369 F.3d 806, 809 (4th Cir. 2004). Therefore, we affirm the district court's order dismissing the appeals as well as its order denying the Appellants' motion for rehearing, Bankr. R. 8022. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*